**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**HEATHER CLINE**                                                                      **PLAINTIFF**

**V.**                                            **CASE NO. 5:25-CV-5227**

**COMMISSIONER,**
**SOCIAL SECURITY ADMINISTRATION**                                  **DEFENDANT**

## ORDER

Currently before the Court is the Report and Recommendation (Doc. 22) of the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas, dated May 20, 2026, regarding the Motion for Attorney's Fees (Doc. 19) filed by Plaintiff's counsel. More than fourteen (14) days have passed since the parties' receipt of the Report and Recommendation, and no objections were filed.

**IT IS ORDERED** that the Report and Recommendation is **ADOPTED IN ITS ENTIRETY**. The Plaintiff's Motion (Doc. 19) is **GRANTED**, and the Plaintiff is awarded the sum of **$6,032.60**. This amount includes 3.1 hours of legal work during 2025 at the approved rate of $252.00, 20.2 hours during 2026 at the approved hourly rate of $257.00, and 0.8 hours of paralegal time at this District's approved hourly rate of $75.00.

**IT IS SO ORDERED** on this 4th day of June, 2026.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE